**LIBERTY & FREEDOM**
**LEGAL GROUP, LTD**

March 20, 2026

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *Moonsammy et al. v. Aviles-Ramos et al.*, 1:25-cv-09502 (MMG)

Dear Judge Garnett:

As you may recall, this office represents the Plaintiff in the above-referenced matter, brought under the Individuals with Disabilities Education Act ("IDEA"). My reason for writing is to respectfully request an extension of the summary judgment submission deadline from March 20, 2026 to March 27, 2026. My reason for making this request is that I have some serious medical issues which have recently and unexpectedly come to light and, in fact, I in the process of a series of continuing tests and cardiology consultations. On March 19, 2026, I had communicated with Eric Teszler Esq., counsel for Defendant and he graciously and affirmatively consented to this request for extension. A letter was provided to the Court on March 19, 2026 via ECF which embodied this request. Please note that this is the first request for such an extension.

The Court's review and approval of this request would be greatly appreciated.

Respectfully submitted,

*Jeffrey Arlen Spinner*

Jeffrey Arlen Spinner, Esq.

Cc: All Counsel of Record via ECF.

> GRANTED. The Court hereby EXTENDS the deadline for the parties to move for summary judgment until **March 27, 2026**. This Order does not affect any other deadlines in this case. The Clerk of Court is respectfully directed to terminate Dkt. No. 17.
>
> SO ORDERED. Dated March 20, 2026.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

646-850-5035 | 105 East 34th Street, #190 New York, NY 10016 | LibertyFreedom.law